NEW YORK SHIPBUILDING CORPORATION, PLAINTIFF, v. INDUSTRIAL UNION OF MARINE AND SHIPBUILDING WORKERS OF AMERICA, LOCAL No. 1, DEFENDANT-RESPONDENT, AND INDUSTRIAL UNION OF MARINE AND SHIPBUILDING WORKERS OF AMERICA, (NATIONAL UNION), DEFENDANT-PETITIONER.

See same case below: 15 *N. J. Super.* 229.

*Mr. Albert B. Melnik* for the petitioner.

*Messrs. Boyle, Archer & Greiner* for the respondent.

January 21, 1952.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. THEODORE NARUSHEF, DEFENDANT-PETITIONER.

See same case below: 15 *N. J. Super.* 436.

*Messrs. Rothbard, Harris & Oxfeld* for the petitioner.

*Mr. Edward Cohn* and *Mr. H. Russell Morss, Jr.,* for the respondent.

January 21, 1952.   Denied.